| Date | Pleading Number | |
|---|---|---|
| 7/22/71 | 1. | MOTION OF plaintiff Joseph B. Kauffman for consolidation of 12 actions in ten different district courts in the Southern District of New York for consolidation under §1407.  Brief and certificate of service filed. |
| 7/30/71 | | Request for ext. of time to 9/13/71 by defense counsel. |
| ~~7/30/71~~ | | ~~request for ext. of time from Hamilton Funds Inc.~~ |
| 8/2/71 | | Amended Certificate of Service from movants. |
| 8/2/71 | | ORDER ext. to 9/3/71 the time for all responses to motion. |
| 8/24/71 | | HEARING ORDER - setting for September 24, 1971, Washington, D. C. (A-1 through A-12) Notified Counsel and involved Judges. |
| 8/30/71 | | LETTER from David H. Pittinsky to Samuel E. Gates stating motion to transfer which plaintiff requested in Prayer B. is solely for pretrial proceedings. |
| 9/1/71 | 2 | WASHINGTON MUTUAL INVESTORS FUND, INC., JOHNSTON, LEMMON & CO. AND JAMES H. LEMON.  Supplemental Brief and Supplemental Averment of Facts w/ Affidavit of Service in opposition to plaintiffs motion |
| 9/3/71 | 3. | Defendants' Averment of Facts and Response to Plaintiff's Motion; Brief in Opposition to Plaintiff's Motion for Consolidation and Transfer |
| 9/3/71 | 4. | Response of Defendants Stein Roe & Farnham Balanced Fund, Inc., Stein Roe & Farnham and Harry H. Hagey, Jr. |
| 9/3/71 | 5. | Responsive Averments and Brief on Behalf of Minnesota Defendants, Investors Diversified Services, Inc. and Stuart F. Silloway |
| 9/3/71 | 6. | Response of Defendant Hamilton Management Corp. |
| 9/7/71 | 7. | Response of Selected American Shares, Security Supervisors and E.P. Rubin, Stein Roe & Farnham, Stein Roe & Farnham Balanced Fund, Inc. and Harry H. Hagey, Jr., Technology, Fund, Inc., Supervised Investors Services, Inc., John Hawkinson - Brief of Certain Defendants in Opposition to Plaintiffs motion and response w/affidavit of service. |
| 9/2/71 | 8 | Joint Brief and REsponse of Mass. defendants. |
| 9/7/71 | 9 | Response and Brief in Opposition to motion from defendants Financial Industrial Fund, Inc. Financial Programs, Inc. and Thomas J. Herbert |
| 9/7/71 | 10 | Response of defendants Technology Fund, Supervised Investors Services, Inc., John Hawkinson |
| 9/7/71 | 11 | Brief of defendant Tsai Management & Research Corp. w/certificate of service |
| 9/7/71 | 12 | Defendant Hamilton Fund Response to plaintiffs motion, brief in opposition to motion w/ certificate of service.   Response joined by Gerald Tsai, Jr. and Manhattan Fund, Inc. |
| 9/8/71 | 13 | United Funds, Inc. Waddell & Reed, Inc. Joe Jack Merriman, Value Line Special Situations Fund, Inc, Arnold Bernhard & Co., and Arnold Bernhard join in and concur with (Pleading No. 3) w/certificate of service |
| 9/15/71 | 14 | Plaintiff's Reply Brief to Defendants' Brief and Responses |
| 1/21/72 | | CONSENT OF CHIEF JUDGE JULIAN FOR JUDGE PETTINE TO handle litigation in the District of Massachusetts. |
| 1/21/72 | | OPINION AND ORDER, transferring or consolidating D. Mass. 71-1408; S.D.N.Y. 71 Civ. 3009; N.D. Ill 71 C 1652; D. Colorado C-3240 D. Columbia 1381-71; D. Maryland 71-725; D. Minn 3-71-176; C.D. Calif. 71-1695-WPG; N.D. Cal 71-1346-SC; D.N.J. 1348-68 and DENYING CONSOLIDATION of 7101407-G D. Mass; and S.D.N.Y. 71 Civ. 3256 Consolidated actions transferred to D. Massachussetts and assigned to Judge Pettine. |
| 1/21/72 | 15 | KAUFFMAN V. DREYFUS FUND, S.D.N.Y., 71 Civ. 3256 Letter with attachments from Sherman & Sterling with order staying proceedings. |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1/25/72 | ORDER - correcting Opinion and order entered 1/21/72.  Correction mailed to all recipients. | |
| 2/17/72 | ORDER - correcting Opinion and Order entered 1/21/72.  Correcting cites.  Notified West. | |

Case MDL No. 78   Document 1   Filed 04/30/15   Page 3 of 28

OPINION AND ORDER of Jan. 21, 1972 *337* F. Supp. *1337*    DOCKET NO. ___78___

## DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

JUDGE PETTINE, DISTRICT OF MASS.    *All DISMISSED*

KAUFFMAN MUTUAL FUND ACTIONS

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | Massachusetts 71-1408-G | Garrity | 1/21/72 | 78-1 |
| A-2 | Joseph B. Kauffman, etc. v. Fidelity Trend Fund, Inc., et al. | Massachusetts 71-1407-G | Garrity | *denied O+O 1/21/72* | |
| A-3 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | S.D. N.Y. 71 Civ. 3009 | | 1/21/72 | 78-2 |
| A-4 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. | S.D. N.Y. 71 Civ. 3256 | | *denied O+O 1/21/72* | |
| A-5 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | N.D. Ill. 71 C 1652 | *Perry* | 1/21/72 | 78-3 |
| A-6 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | Colorado C-3240 | | 1/21/72 | 78-4 |
| A-7 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | D.C. 1381-71 | Corcoran | 1/21/72 | 78-5 |
| A-8 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | Maryland 71-725 Civil | | 1/21/72 | 78-6 |
| A-9 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | Minnesota 3-71-176-Civ. | *Dward* | 1/21/72 | 78-7 |
| A-10 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | C.D. Calif. 71-1695-WPG | | 1/21/72 | 78-8 |
| A-11 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | N.D. Calif. 71-1346-SC | | 1/21/72 | 78-9 |
| A-12 | Joseph B. Kauffman, etc. v. The Dreyfus Fund, Inc., et al. *dism 7/5/72* | New Jersey 1348-68 | *Coolahan* | 1/21/72 | 78-10 |

*Opinion and Order Jan 21, 1972  D. Mass.  Judge Pettine*

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 78 - KAUFFMAN MUTUAL FUND ACTIONS

LIAISON COUNSEL (J. Pettine's Pretrial Order No. 2)

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | Bruce W. Kauffman, Esquire<br>Dilworth, Paxson, Kalish, Levy &<br>  Coleman<br>2600 The Fidelity Building<br>Philadelphia, Penna.  19109 | Ansel B. Chaplin, Esquire<br>Gaston, Snow, Motley & Holt<br>82 Devonshire Street<br>Boston, Massachusetts  02109 |

DOCKET NO. 78

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

KAUFFMAN MUTUAL FUND ACTIONS

| No. | Plaintiff | Defendant |
|---|---|---|
| | | AMERICAN EXPRESS INVESTMENT FUND<br>  Robert D. Raven, Esquire<br>  Morrison, Foerster, Holloway, Clinton<br>    & Clark<br>  Crocker Plaza<br>  San Francisco, California  94104<br><br>SALEM FUND, INC. (FORMERLY DOW THEORY<br>  INVESTMENT FUND)<br>FIDELITY FUND, INC.<br>FIDELITY CAPITAL FUND, INC.<br>PURITAN FUNDS, INC.<br>  John J. Curtin, Esquire<br>  Bingham, Dana & Gould<br>  1 Federal Street<br>  Boston, Massachusetts  02110<br><br>EATON & HOWARD, INC.<br>CHARLES F. EATON, JR.<br>  John F. Groden, Esquire<br>  Withington, Cross, Park & Groden<br>  73 Tremont Street<br>  Boston, Massachusetts  02108<br><br>CHEMICAL FUND, INC.<br>  E. Roger Frisch, Esquire<br>  Walsh & Frisch<br>  250 Park Avenue<br>  New York, New York  10017<br><br>LOOMIS-SAYLES MUTUAL FUND, INC.<br>  Daniel B. Bickford, Esquire<br>  Ely, Bartlett, Brown & Proctor<br>  225 Franklin Street<br>  Boston, Massachusetts  02110<br><br>FIDELITY MANAGEMENT & RESEARCH CO.<br>EDWARD C. JOHNSON 2d<br>PIONEER FUND, INC.<br>  George T. Finnegan, Esquire<br>  Ropes & Gray<br>  225 Franklin Street<br>  Boston, Massachusetts  02110 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | MASSACHUSETTS FUND<br>Daniel F. Featherston, Jr., Esquire<br>7 Water Street<br>Boston, Massachusetts   02109<br><br>COLONIAL FUND, INC.<br>Lewis H. Weinstein, Esquire<br>Foley, Hoag & Eliot<br>10 Post Office Square<br>Boston, Massachusetts   02109<br><br>BULLOCK FUND, INC.<br>DIVIDEND SHARES, INC.<br>Stephen R. Steinberg, Esquire<br>Reavis & McGrath<br>1 Chase Manhattan Plaza<br>New York, New York   10005<br><br>INVESTMENT COMPANY INSTITUTE<br>Murray Bring, Esquire<br>Arnold & Porter<br>1229 Nineteenth Street, N.W.<br>Washington, D.C.   20036 |

DOCKET NO. 78

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

KAUFFMAN MUTUAL FUND ACTIONS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | GROUP SECURITIES, INC. |
| | |    Howard F. Ordman, Esquire |
| | |    Putney, Twombly, Hall & |
| | |    250 Park Avenue |
| | |    New York, New York  10017 |
| | | |
| | | FIDELITY TREND FUND, INC. |
| | | BOSTON FUND, INC. |
| | | EATON & HOWARD STOCK FUND |
| | | EATON & HOWARD BALANCED FUND |
| | | SCUDDER, STEVENS & CLARK COMMON STOCK |
| | |    FUND, INC. |
| | | SCUDDER, STEVENS & CLARK BALANCED FUND, |
| | |    INC. |
| | | AXE-HOUGHTON FUND B, INC. |
| | | CHANNING SHARES, INC. |
| | | CHANNING GROWTH FUND |
| | | CHANNING BALANCED FUND |
| | | STEIN, ROE & FARNHAM BALANCED FUND, INC. |
| | |    William P. Verdon, Esquire |
| | |    Meyner & Wiley |
| | |    24 Commerce Street |
| | |    New York, New Jersey  07102 |
| | | |
| | | AFFILIATED FUND, INC. |
| | |    Edward J. Ross, Esquire |
| | |    Breed, Abbott & Morgan |
| | |    1 Chase Manhattan Plaza |
| | |    New York, New York  10005 |
| | | |
| | | COMMONWEALTH INVESTMENT CO. |
| | |    John C. Howell, Esquire |
| | |    Moore & Howell |
| | |    744 Broad Street |
| | |    Newark, New Jersey  07102 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|

RALPH E. SAMUEL & CO.
DONALD C. SAMUEL
ENERGY FUND, INC.
  Larry M. Lavinsky, Esquire
  Proskauer, Rose, Goetz & Mendelsohn
  300 Park Avenue
  New York, New York  10022

STEIN, ROSE & FARNHAM
HARRY HAGEY, JR.
  Otis Halleen, Esquire
  Sonnenschein, Levinson, Carlin, Nath
    & Rosenthal
  69 W. Washington Street
  Chicago, Illinois  60602

ANTHONY R. TYRONE
BOSTON MANAGEMENT & RESEARCH CO., INC.
VANCE, SANDERS & CO., INC.
HENRY T. VANCE
THOMAS A. MARTIN
  Donald B. Kipp, Esquire
  Pitney, Hardin & Kipp
  570 Broad Street
  Newark, New Jersey  07102

LORD, ABBETT & CO.
ROBERT S. DRISCOLL
  Judson A. Parsons, Jr., Esquire
  Dewey, Ballantine, Bushby, Palmer
    & Wood
  140 Broadway
  New York, New York  10005

AMERICAN EXPRESS INVESTMENT MANAGEMENT
  COMPANY (FORMERLY FUND AMERICAN
  INVESTMENT MANAGEMENT CO.)
FRED H. MERRILL
  Richard Murray, Esquire
  McCutchen, Doyle, Brown & Enersen
  601 California Street
  San Francisco, California  94108

VAN STRUM & TOWNE, INC.
  Isaac Shapiro, Esquire
  Milbank, Tweed, Hadley & McCloy
  One Chase Manhattan Plaza
  New York, New York  10005

DOCKET NO. 78

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

KAUFFMAN MUTUAL FUND ACTIONS

| No. | Plaintiff | Defendant |
|---|---|---|
| | Harold E. Kohn, Esquire<br>1214 IVB Building<br>1700 Market Street<br>Philadelphia, Pennsylvania  19103<br><br>Bruce W. Kauffman, Esquire<br>Dilworth, Paxson, Kalish, Levy &<br>Coleman<br>2600 The Fidelity Building<br>Philadelphia, Penna.  19109 | HAMILTON MANAGEMENT CORP.<br>Roberts P. Owen, Esquire<br>Covington & Burling<br>888 16th Street, N.W.<br>Washington, D.C.  20006<br><br>INVESTORS DIVERSIFIED SERVICES, INC.<br>STUART F. SILLOWAY<br>James A. Magee, Esquire<br>Donovan, Leisure, Newton & Irvine<br>Two Wall Street<br>New York, New York  10005<br><br>WASHINGTON MUTUAL INVESTORS FUND<br>JOHNSTON, LEMON & CO.<br>JAMES H. LEMON<br>John A. Beck, Esquire<br>Frost & Towers<br>Southern Building<br>Washington, D. C.  20005<br><br>PIONEER MANAGEMENT CORP.<br>PHILIP L. CARRET<br>Jerome P. Facher, Esquire<br>Hale & Dorr<br>28 State Street<br>Boston, Massachusetts  02109<br><br>STATE STREET RESEARCH & MANAGEMENT CO.<br>PAUL C. CABOT<br>Harold M. Wilcox, Esquire<br>Herrick, Smith, Donald, Farley & Ketchum<br>294 Washington Street<br>Boston, Massachusetts  02108<br><br>NATIONAL SECURITIES & RESEARCH CORP.<br>PHILIP C. SMITH<br>Robert J. Sisk, Esquire<br>Hughes, Hubbard & Reed<br>One Wall Street<br>New York, New York  10005 |

NC

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | CAPITAL RESEARCH & MANAGEMENT CO.<br>JONATHAN B. LOVELACE<br><u> </u><br>    Philip F. Belleville, Esquire<br>    Latham & Watkins<br>    615 S. Flower Street<br>    Los Angeles, California  90017<br><br>TECHNOLOGY FUND, INC.<br>SUPERVISED INVESTORS SERVICES, INC.<br>JOHN HAWKINSON<br><u> </u><br>    Charles F. Custer, Esquire<br>    Meyers & Matthias<br>    Suite ~~1665, 120 S. LaSalle Street~~ <ins>222 W. MONROE STREET</ins><br>    Chicago, Illinois  60602<br><br>SELECTED AMERICAN SHARES, INC.<br>SECURITIES SUPERVISORS<br>EDWARD P. RUBIN<br><u> </u><br>    Edward H. Hatton, Esquire<br>    Jenner & Block<br>    135 South LaSalle Street<br>    Chicago, Illinois  60603<br><br>The Dreyfus Fund, Inc.<br>THE DREYFUS CORP.<br>HOWARD M. STEIN<br><u> </u><br>    Stuart A. Jackson, Esquire<br>    Royall, Koegel & Wells<br>    Two Hundred Park Avenue<br>    New York, New York  10017<br><br>TSAI MANAGEMENT & RESEARCH CORP.<br><u> </u><br>    W. Foster Wollen, Esquire<br>    Shearman & Sterling<br>    53 Wall Street<br>    New York, New York  10005<br><br>UNITED FUNDS, INC.<br>VALUE LINE SPECIAL SITUATION FUNDS, INC.<br>WADDELL & REED, INC.<br>JOE JACK MERRIMAN<br>ARNOLD BERNHARD & CO., INC.<br>ARNOLD BERNHARD<br><u> </u><br>    Albert D. Jordan, Esquire<br>    Valicenti, Leighton, Reid & Pine<br>    70 Pine Street<br>    New York, New York  10005<br><br>GERALD TSAI, JR.<br><u> </u><br>    James Hunter, iii, esquire<br>    John P. Hauch, Esquire<br>    Archer, Greiner, Hunter & Read<br>    518 Market Street<br>    Camden, New Jersey  08102 |

DOCKET NO. 78

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

KAUFFMAN MUTUAL FUND ACTIONS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | LEHMAN BROTHERS<br>ALLAN B. HUNTER<br>  James J. Hagan, Esquire<br>  Simpson, Thacher & Bartlett<br>  One Battery Park Plaza<br>  New York, New York  10004<br><br>T. ROWE PRICE & ASSOCIATES, INC.<br>T. ROWE PRICE<br>ROWE PRICE MANAGEMENT CO., INC.<br>ANCHOR CORPORATION<br>CHARLES W. SHAEFFER<br>JOHN R. HAIRE<br>  Daniel A. Pollack, Esquire<br>  Pollack & Singer<br>  111 Broadway<br>  New York, New York  10006<br><br>LOOMIS-SAYLES & CO., INC.<br>MAURICE T. FREEMAN<br>  Samuel Hoar, Esquire<br>  Goodwin, Procter & Hoar<br>  28 State Street<br>  Boston, Massachusetts  02109<br><br>SCUDDER, STEVENS & CLARK<br>RONALD T. LYMAN, JR.<br>E. W. AXE & CO., INC.<br>LOUIS K. HYDE, JR.<br>  Samuel E. Gates, Esquire<br>  Debevoise, Plimpton, Lyons & Gates<br>  320 Park Avenue<br>  New York, New York  10022<br><br>PUTNAM MANAGEMENT CO., INC.<br>CHARLES M. WERLY<br>  Philip H. Strubing, Esquire<br>  Pepper, Hamilton & Scheetz<br>  123 South Broad Street<br>  Philadelphia, Pennsylvania  19109 |

| No. | Plaintiff | Defendant |
|---|---|---|

F. EBERSTADT & CO.
CALVIN BULLOCK, LTD.
KEYSTONE CUSTODIAN FUNDS, INC.
DISTRIBUTORS GROUP, INC.
FRANCIS S. WILLIAMS
HUGH BULLOCK
WILFRED GODFREY
~~INVESTMENT COMPANY INSTITUTE~~
  Marvin Schwartz, Esquire
  Sullivan & Cromwell
  48 Wall Street
  New York, New York  10005

FUNDAMENTAL INVESTORS, INC.
ANCHOR GROWTH FUND (formerly known
  as DIVERSIFIED GROWTH STOCK FUND,
  INC.)
ANCHOR INCOME FUND (FORMERLY KNOWN
  AS DIVERSIFIED INVESTMENT FUND, INC.)
  William G. Bischoff, Esquire
  Taylor, Bischoff, Williams & Martin
  330 Market Street
  Camden, New Jersey  08102

NATIONAL SECURITIES SERIES
NATIONAL SECURITIES STOCK SERIES
NATIONAL SECURITIES GROWTH SERIES
  Thomas B. Fenlon, Esquire
  Emmet, Marvin & Martin
  48 Wall Street
  New York, New York  10005

FINANCIAL INDUSTRIAL FUND, INC.
FINANCIAL PROGRAMS, INC.
THOMAS J. HERBERT
  Richard Shaw, Esquire
  Modesitt & Shaw
  Suite 1500, United Bank Center
  1700 Broadway
  Denver, Colorado  80202

AMERICAN MUTUAL FUND, ~~INC.~~
  William W. Vaughn, Esquire
  O'Melveny & Meyers
  611 West Sixth Street
  Los Angeles, California  90017

THE INVESTMENT COMPANY OF AMERICA
  Carl J. Schuck, Esquire
  Overton, Lyman & Prince
  Suite 607, 550 S. Flower Street
  Los Angeles, California  90017

DOCKET NO. 78

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

KAUFFMAN MUTUAL FUND ACTIONS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|  |  | UNITED ACCUMULATIVE FUND. |
|  |  | UNITED SCIENCE FUND |
|  |  | UNITED INCOME FUND |
|  |  | Arthur Kahn, Esquire |
|  |  | Schnader, Harrison, Segal & Lewis |
|  |  | 1719 Packard Building |
|  |  | Philadelphia, Pennsylvania  19102 |
|  |  |  |
|  |  | HAMILTON FUNDS, INC. |
|  |  | James A. Clark, Esquire |
|  |  | Berge, Martin & Clark |
|  |  | 500 Capitol Life Center |
|  |  | Denver, Colorado  80203 |
|  |  |  |
|  |  | MANHATTAN FUND, INC. |
|  |  | Paul M. O'Connor, Jr., Esquire |
|  |  | Whitman & Ransom |
|  |  | 522 5th Avenue |
|  |  | New York, New York  10036 |
|  |  |  |
|  |  | INVESTORS MUTUAL, INC. |
|  |  | INVESTORS STOCK FUND, INC. |
|  |  | INVESTORS VARIABLE PAYMENT FUND, INC. |
|  |  | Richard E. Nolan, Esquire |
|  |  | Davis, Polk & Wardell |
|  |  | 1 Chase Manhattan Plaza |
|  |  | New York, New York  10005 |
|  |  |  |
|  |  | KEYSTONE POWER-PRICED COMMON STOCK FUND (S-4) |
|  |  | KEYSTONE GROWTH FUND (K-2) |
|  |  | KEYSTONE INCOME FUND (K-1) |
|  |  | KEYSTONE GROWTH COMMON STOCK FUND (S-3) |
|  |  | KEYSTONE INCOME COMMON STOCK FUND (S-2) |
|  |  | William F. Hyland, Esquire |
|  |  | Hyland, Davis & Reberkenny |
|  |  | 499 Cooper Landing Road |
|  |  | Cherry Hill, New Jersey  08034 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | T. ROWE PRICE GROWTH STOCK FUND, INC. |
| | | ROWE PRICE NEW HORIZONS FUND, INC. |
| | |   Stanley J. Friedman, Esquire |
| | |   Shereff, Friedman, Hoffman & Goodman |
| | |   26 Broadway |
| | |   New York, New York  10004 |

T. ROWE PRICE GROWTH STOCK FUND, INC.
ROWE PRICE NEW HORIZONS FUND, INC.
  Stanley J. Friedman, Esquire
  Shereff, Friedman, Hoffman & Goodman
  26 Broadway
  New York, New York  10004

ONE WILLIAM STREET FUND, INC.
  Robert C. Carlson, Esquire
  Roth, Cartson, Kwit, Spengler & Goodell
  280 Park Avenue
  New York, New York

WELLINGTON FUND, INC.
WINDSOR FUND, INC.
WELLINGTON MANAGEMENT CO.
WALTER L. MORGAN
  Robert M. Buchanan, Esquire
  Sullivan & Worcester
  225 Franklin Street
  Boston, Massachusetts  02110

COLONIAL MANAGEMENT ASSOCIATES INC.
JAMES H. ORR
  John R. Hally, Esquire
  Nutter, McClennen & Fish
  75 Federal Street
  Boston, Massachusetts  02110

PUTNAM GROWTH FUND
GEORGE PUTNAM FUND OF BOSTON
PUTNAM INVESTORS FUND, INC.
  Lawrence T. Perera, Esquire
  Palmer & Dodge
  28 State Street
  Boston, Massachusetts  02109

MASSACHUSETTS COMPANY, INC.
HENRY R. GUILD
  Douglas Danner, Esquire
  Powers & Hall
  30 Federal Street
  Boston, Massachusetts  02110

STATE STREET INVESTMENT CORP.
FEDERAL STREET FUND, INC.
  R. Robert Popeo, Esquire
  Mintz, Levin, Cohn & Glovsky
  One Center Plaza, Suite 600
  Boston, Massachusetts  02108

~ appearances made

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _78_ -- _Kauffman Mutual Fund Actions_

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| The Dreyfus Fund, Inc.  1. | A-1; A-3; A-4; A-7; A-8; A-9; A-10; A-11; A-12; A-6 |
| Manhattan Fund, Inc.  2. | A-1; A-3; A-4; A-7; A-8; A-9; A-10; A-11; A-12; A-6 |
| Fidelity Trend Fund, Inc.  3. | A-1; A-2; A-3; A-7; A-8; A-9; A-10; A-11; A-6; A-12 |
| The Putnam Growth Fund  4. | A-1; A-2; A-3; A-7; A-8; A-9; A-10; A-11; A-12; A-6 |
| Wellington Fund, Inc.  5. | A-1 |
| Windsor Fund, Inc.  6. | A-1 |
| Fidelity Fund, Inc.  7. | A-1 |
| Puritan Fund, Inc.  8. | A-1 |
| Fidelity Capital Fund, Inc.  9. | A-1 |
| Dow Theory Investment Fund, Inc.  10. | A-1 |

SALEM FUND, INC

| | |
|---|---|
| The George Putnam Fund of Boston 11. | A-1 |
| Putnam Investors Fund, Inc. 12. | A-1 |
| State Street Investement Corp. 13. | A-1 |
| Federal Street Fund, Inc. 14. | A-1 |
| Boston Fund, Inc. 15 | A-1 |
| Keystone Custodian Fund, Inc. 16. | A-1 |
| Eaton & Howard Stock Fund 17 | A-1 |
| Eaton & Howard Balanced Fund 18 | A-1 |
| The Colonial Fund, Inc. 19 | A-1 |
| Massachusetts Fund 20 | A-1 |
| Loomis-Sayles Mutual Fund, Inc. 21 | A-1 |

p. _3_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _78_   --   Kauffman Mutual Fund Actions

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Pioneer Fund, Inc.  *22* | A-1 |
| Wellington Management Co.  *23* | A-1 |
| Fidelity Management & Research Co.  *24* | A-1; A-2; ~~A-4~~ |
| Putnam Management Co., Inc.  *25* | A-1; ~~A-4~~ A-2 |
| State Street Research & Management Co.  *26* | A-1 |
| Boston Management & Research Co., Inc.  *27* | A-1 |
| Vance, Sanders & Co., Inc.  *28* | A-1 |
| Eaton & Howard, Inc.  *29* | A-1 |
| Colonial Management Associates, Inc.  *30* | A-1 |
| The Massachusetts Co., Inc.  *31* | A-1 |

| | |
|---|---|
| L-omis-Sayles & Co., Inc. | A-1 |
| 32 | |
| Pioneer Management Corp. | A-1 |
| 33 | |
| Walter L. Morgan | A-1 |
| 34 | |
| Edward C. Johnson, II | A-1; A-~~~~; A-2 |
| 35 | |
| Charles M. Weily | A-1; A. 2 |
| 36 | |
| Paul C. Cabot | A-1 |
| 37 | |
| Henry T. Vance | A-1 |
| 38 | |
| Wilfred Godfrey | A-7 |
| 39 | |
| Charles F. Eaton, Jr. | A-1 |
| 40 | |
| James H. Orr | A-1 |
| 41 | |
| Henry R. Guild | A-7 |
| 43 | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 78   --   Kauffman Mutual Fund Actions

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Maurice T. Freeman   43 | A-1 |
| Philip L. Carret   44 | A-1 |
| Affiliated Fund, Inc.   45 | A-3 |
| United Funds, Inc.   46 | A-3 |
| United Accumulative Fund   47 | A-3 |
| United Income Fund   48 | A-3 |
| United Science Fund   49 | A-3 |
| Chemical Fund, Inc.   50 | A-3 |
| Dividend Shares, Inc.   51 | A-3 |
| Bullock Fund, Ltd.   52 | A-3 |

| National Securities Series | A-3 | |
| **53** | | |
| National Securities Stock Series | A-3 | |
| **54** | | |
| National Securities Growth Series | A-3 | |
| **55** | | |
| Axe-Houghton Fund B, Inc. | A-3 | |
| **56** | | |
| One William Street Fund, Inc. | A-3 | |
| **57** | | |
| Channing Shares, Inc. **58** | A-3 | |
| a/k/a Channing Growth Fund **59** | A-3 | |
| Channing Balanced Fund | A-3 | |
| **60** | | |
| Scudder, Stevens & Clark Common Stock Fund, Inc. | A-3 | |
| **61** | | |
| Scudder, Stevens & Clark Balanced Fund, Inc. | A-3 | |
| **62** | | |
| The Value Line Special Situations Fund, Inc. | A-3 | |
| **63** | | |
| Energy Fund, Inc. | A-3 | |
| **64** | | |

p. ___7___

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___78___ -- Kauffman Mutual Fund Actions

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS | |
|---|---|---|
| The Dreyfus Corp. 65 | A-3;A-4 | |
| Lord, Abbett & Co. 66 | A-3 | |
| Waddell & Reed, Inc. 67 | A-3 | |
| F. Eberstadt & Co. 68 | A-3 | |
| Tsai Management & Research Corp. 69 | A-3;A-4 | |
| Calvin Bullock, Ltd. 70 | A-3 | |
| National Securities & Research Corp. 71 | A-3 | |
| E. W. Axe & Co., Inc. 72 | A-3 | |
| Distributors Group, Inc. 73 | A-3 | |
| Lehman Brothers 74 | A-3 | |

| | |
|---|---|
| Van Strum & Towne, Inc. *75* | A-3 |
| Scudder, Stevens & Clark *76* | A-3 |
| Arnold Bernhard & Co., Inc. *77* | A-3 |
| Ralph E. Samuel & Co. *78* | A-3 |
| Howard M. Stein *79* | A-3 ; A-4 |
| Robert S. Driscoll *80* | A-3 |
| Joe Jack Merriman *81* | A-3 |
| Francis S. Williams *82* | A-3 |
| Gerald Tsai, Jr. *83* | A-3 ; A-4 |
| Hugh Bullock *84* | A-3 |
| Philip C. Smith *85* | A-3 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __78__  --  _Kauffman Mutual Fund Actions_

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Louis K. Hyde, Jr. *86* | A-3 |
| Herbert R. Anderson *87* | A-3 |
| Allan B. Hunter *88* | A-3 |
| Ronald T. Lyman, Jr. *89* | A-3 |
| Arnold Bernhard *90* | A-3 |
| Ronald C. Samuel *91* | A-3 |
| Investment Company Institute *92* | A-3 |
| Technology Fund, Inc. *93* | A-5 |
| Selected American Shares, Inc. *94* | A-5 |
| Stein Roe & Farnham Balanced Fund, Inc. *95* | A-5 |

| | |
|---|---|
| Supervised Investors Services, Inc. *96* | A-5 |
| Security Supervisors *97* | A-5 |
| Stein Roe & Farnham *98* | A-5 |
| John Hawkinson *99* | A-5 |
| Edward P. Rubin *100* | A-5 |
| Harry H. Hagey, Jr. *101* | A-5 |
| Hamilton Funds, Inc. *102* | A-6 |
| Financial Industrial Fund, Inc. *103* | A-6 |
| Hamilton Management Corp. *104* | A-6 |
| Financial Programs, Inc. *105* | A-6 |
| Thomas J. Herbert *106* | A-6 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 78   --   Kauffman Mutual Fund Actions

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Tsai Management & Research Corp. | A-4 |
| Washington Mutual Investors Fund, Inc. *107* | A-7 |
| Johnston, Lemon & Co. *108* | A-7 |
| James H. Lemon *109* | A-7 |
| T. Rowe Price Growth Stock Fund, Inc. *110* | A-8 |
| Rowe Price New Horizons Fund, Inc. *111* | A-8 |
| T. Rowe Price & Associates, Inc. *112* | A-8 |
| Rowe Price Management Co., Inc. *113* | A-8 |
| Charles W. Schaeffer *114* | A-8 |
| T. Rowe Price *115* | A-8 |

p. 12

| | |
|---|---|
| Investors Diversified Services, Inc. *116* | A-9 |
| Stuart F. Silloway *117* | A-9 |
| The Investment Company of America *118* | A-10 |
| American Mutual Fund, Inc, *119* | A-10 |
| Capital Research & Management Co. *120* | A-10 |
| Jonathan B. Lovelace *121* | A-10 |
| American Express Invest-ment Fund *122* | A-11 |
| American Express Invest-ment Management Co. *123* | A-11 |
| Fred H. Merrill *124* | A-11 |
| Investors Mutual, Inc. *125* | A-12 |
| Investors Variable Payment Fund, Inc. *126* | A-12 |

p. __13__

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 78 _____ -- ___ Kauffman Mutual Fund Actuins _____

#### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Fundamental Investors, Inc. _127_ | A-12 |
| Anchor Growth Fund, Inc. _128_ | A-12 |
| Anchor Income Fund, Inc. _129_ | A-12 |
| Group Securities, Inc. _130_ | A-12 |
| Anchor Corp. _131_ | A-12 |
| John R. Haire _132_ | A-12 |
| Investors Stock Fund, Inc. _133_ | A-12 |
| Diversieied Growth Stock Fund, Inc. _134_ | *Same as Anchor Growth Fund, Inc* |
| Diversified Investment Fund, Inc. _135_ | *Same as Anchor Income Fund, Inc* |
| Charles F. Eaton, Jr. _136_ | |

p. *14*

| | |
|---|---|
| Commonwealth Investment Company   *134* ~~134~~ | |
| Keystone Custodian Funds, Inc. | |
| Anthony R. Tyrone   *135* ~~135~~ | |
| Thomas A. Martin   *136* ~~136~~ | |
| Keystone Power-Priced Common Stock Fund (S-4)   *137* | |
| Keystone Growth Fund (K-2)   *138* | |
| Keystone Income Fund (K-1)   *139* | |
| Keytone Growth Common Stock Fund (S-3)   *140* | |
| Keystone Income Common Stock Fund (S-2_   *141* | |
| | |
| | |